[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 434.]

THE STATE OF OHIO, APPELLANT, *v.* DELGADO, APPELLEE.

[Cite as *State v. Delgado*, 1998-Ohio-569.]

*Discretionary appeal allowed and judgment reversed on authority of State v. Rush.*

(No. 98-982—Submitted August 19, 1998—Decided October 28, 1998.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 71497.

————————

*Stephanie Tubbs Jones*, Cuyahoga County Prosecuting Attorney, and *L. Christopher Frey*, Assistant Prosecuting Attorney, for appellant.

————————

{¶ 1} The discretionary appeal is allowed.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————